JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SALZMAN, individually, MARY SALZMAN, individually, CHLOSE BROCKWAY, individually and as Personal Representative of the Estate of GARY SALZMAN JR., deceased, and T.J., by and through Guardian ad Litem, Jennifer Jones,<br><br>               Plaintiffs,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, a governmental entity, DEPUTY CASTRO, DEPUTY AYALA, DEPUTY ROSE, DEPUTY SANTACRUZ, DEPUTY ARANDA, SERGEANT SKERRETT, MARIA CARMICHAEL, TAELYR PATTON, ERIKA UBOM, SHOHREH GHAEMIAN, and Does 1 through 10, inclusive,<br><br>               Defendants. | No. CV 22-94 PA (SKx)<br><br>JUDGMENT |

      Pursuant to the Court's October 17, 2022 Minute Order which granted summary judgment in favor of defendants County of Los Angeles, Deputy Raul Castro, Deputy Jose Ayala, Deputy Daniel Rose, Deputy Benjamin Aranda, Sergeant Carlton Skerrett, Maria

1  Carmichael, Taelyr Patton, Erika Ubom, and Shohreh Ghaemian, M.D. (collectively,
2  "Defendants") on the federal claims raised in the first, second, third, fourth, fifth, sixth, and
3  seventh causes of action asserted by plaintiffs Gary Salzman, Mary Salzman, Chloe
4  Brockway, both individually and as personal representative of the Estate of Gary Salzman,
5  Jr., and T.J. (collectively, "Plaintiffs"), and the Court having exercised its discretion to
6  decline to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims,

7  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is
8  granted in favor of Defendants on Plaintiffs' first, second, third, fourth, fifth, sixth, and
9  seventh causes of actions, and that the remaining state law claims are dismissed without
10 prejudice;

11 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall
12 recover their costs of suit.

DATED: October 18, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-